*Tuesday, October 5, 1999*

# MOTION DOCKET

**98–2301.   State v. Gowdy.**
Hamilton App. No. C–970359. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of the motion of *amicus curiae*, Ohio Attorney General Betty D. Montgomery, to participate in oral argument scheduled for November 30, 1999,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and the *amicus curiae* shall share the time allotted to appellee.

**98–2383.   State ex rel. Teachers Retirement Bd. v. W. Geauga Local School Dist. Bd. of Edn.**
Geauga App. Nos. 97–G–2066 and 97–G–2067. This cause is pending before the court as an appeal from the Court of Appeals for Geauga County. Upon consideration of the motion of appellee, Hawken School, to strike new evidence contained in the amended merit brief of State Teachers Retirement Board, and the motion of appellee, West Geauga Local School District Board of Education, to treat State Teachers Retirement Board as appellant at oral argument,

IT IS ORDERED by the court that the motion to strike new evidence contained in the amended merit brief of State Teachers Retirement Board be, and hereby is, denied.

DOUGLAS and RESNICK, JJ., dissent.

IT IS FURTHER ORDERED by the court that the motion to treat State Teachers Retirement Board as appellant at oral argument be, and hereby is, granted.

LUNDBERG STRATTON, J., dissents.

**98–2694.   State ex rel. Bray v. Russell.**
Warren App. No. CA98–06–068. By *sua sponte* orders this court consolidated Supreme Court case Nos. 98–2694, *State ex rel. Bray v. Russell;* 99–273, *Haddad v. Russell;* and 99–542, *White v. Konteh.* These cases have been set for oral argument on November 30, 1999.

IT IS ORDERED by the court, *sua sponte*, that counsel for Harry Russell, Warden, and Khelleh Konteh, Warden, shall argue first.